**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00138-CR

**CHUNG KIM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-52168-U**

## ORDER

We **GRANT** court reporter Peri K. Wood's June 2 , 2014 request for an extension of time to file the reporter's record.  The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    DAVID EVANS
       JUSTICE